IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>IDEAMAN, INC. DBA CLASSIC MAGNETS,<br><br><br>           Defendant. | Civil Action No. 1:25-cv-00196 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Jeffrey Martinez filed the above-referenced case against Defendant Ideaman, Inc. dba Classic Magnets on January 30, 2025.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint with prejudice.

Dated: March 12, 2025                Respectfully Submitted,

/s/ Benjamin Sweet
Benjamin J. Sweet (PA Bar No. 87338)
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
101 Pennsylvania Blvd., Suite 2
Pittsburgh, Pennsylvania 15228

*Attorneys for Plaintiff Jeffrey Martinez*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this March 12, 2025.

                                                               */s/ Benjamin J. Sweet*
                                                                   Benjamin J. Sweet